UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BERHANE KIROS OKUBE, | CASE NO. 2:26-cv-02001-JHC |
| Petitioner, | MINUTE ORDER |
| v. | |
| BRUCE SCOTT, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) It has come to the Court's attention that detained, pro se petitioners, of which Petitioner here is, may be using mail to submit briefing, in which case the current 5-day traverse deadline might not be feasible. *See* Dkt. # 3. The Court thus sets July 13, 2026, as the new deadline for Petitioner's optional traverse.

(2) The Court DIRECTS the Clerk to re-note this Petition for July 13, 2026, and to forward a copy of this Order to all counsel of record.

Dated this 29th day of June 2026.

//

MINUTE ORDER - 1

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk

MINUTE ORDER - 2